IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABC CAPITAL INVESTMENTS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-4980 |
| | : | |
| NATIONWIDE RENTSURE, et al. | : | |
| -------------------------------------------------- | : | |
| NATIONWIDE RENTSURE RENT PROTECTION ASSOCIATION, INC. | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE COURT SYSTEMS, LLC | : | |

## ORDER

**AND NOW**, 16th day of December, 2019, upon consideration of Defendant Nationwide RentSure Rent Protection Association, Inc.'s ("Rentsure's") Motion for Partial Judgment on the Pleadings (Docket No. 54), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks judgment on the pleadings in Rentsure's favor on Counts II (unjust enrichment) and IV (civil conversion) of Plaintiff ABC Capital Investments, LLC's Complaint.

2. In light of Defendant Nationwide Eviction, LLC's joinder in Rentsure's Motion, we also grant judgment on the pleadings in Nationwide Eviction's favor on Counts II and IV of Plaintiff's Complaint.

3. Counts II and IV of the Complaint are **DISMISSED**.

4. In all other respects, Rentsure's Motion is **DENIED**.

5. We deny any relief to Third-Party Defendant Nationwide Court Systems, LLC, which also joined in Rentsure's Motion.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.